**Opinion filed October 28, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00225-CV

_____

## ROY E. KIMSEY, JR., Appellant

## V.

## LAW OFFICES OF BILL ALEXANDER, P.C. et al, Appellees

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. CV-46,031**

## M E M O R A N D U M   O P I N I O N

Roy E. Kimsey, Jr. has filed in this court a motion to dismiss his appeal. The motion is granted, and the appeal is dismissed.


PER CURIAM

October 28, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.